124 A.3d 235

KIMBA MEDICAL SUPPLY, A/S/O CARLOS GALEANO, PLAINTIFF–PETITIONER, v. ALLSTATE INSURANCE COMPANY OF NJ AND NATIONAL ARBITRATION FORUM, FORTHRIGHT, DEFENDANTS–RESPONDENTS.

ROY J. PICKELL, PLAINTIFF, v. TRAVELERS AUTO INSURANCE COMPANY OF NEW JERSEY A/K/A TRAVELERS OF NEW JERSEY INSURANCE COMPANY, DEFENDANTS.

FORTHRIGHT, INTERVENOR.

March 12, 2014.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.